# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMADEO J. SANCHEZ, | ) | 3:11-cv-00273-LRH-WGC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ON MOTION TO STAY** |
| | ) | **DEFENDANT'S SUMMARY JUDGMENT** |
| | ) | **TILL DISCOVERY IS CLOSED (DOC. #46)** |
| STATE OF NEVADA, ex rel., *et al.*, | ) | |
| Defendants. | ) | |

Before the court is plaintiff's "Motion to Stay Defendants Summary Judgment Till Discovery is Closed" (Doc. #46). This motion is moot in light of this court's Orders of December 29 and 30, 2011 (Docs. # 43 and 47 respectively). In that regard, defendants sought a stay of discovery in their Objection (Doc. #35). The court therefore ruled the issue of a stay rests with The Honorable Larry R. Hicks, District Judge (Doc. #47). The issue of a stay of discovery, or whether defendants have to respond to plaintiff's discovery (in which case defendants would have 14 days thereafter to respond to plaintiff's discovery) rests with Judge Hicks. *Id*. Further, the Order of December 29, 2011 (Doc. #43 at 4) stated that if the court does require defendants to answer plaintiff's discovery, plaintiff would have 14 days after service of defendants' discovery responses to file and serve his response to defendants' motion for summary judgment.

Therefore, **IT IS ORDERED** that plaintiff's Motion to Stay Defendants Summary Judgment Till Discovery is Closed" (Doc. #46) is **DENIED as moot.**

Dated: January 17, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE