1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                          DISTRICT OF NEVADA

8                                                * * * * *

9     AMADEO SANCHEZ,                         )
                                              )
10              Plaintiff,                    )          3:11-cv-00273-LRH-WGC
                                              )
11    v.                                      )
                                              )          O R D E R
12    STATE OF NEVADA, et al.,                )
                                              )
13              Defendants.                   )
      _____)

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16    Cobb (#71[1]) entered on July 17, 2012, recommending granting Defendants' Motion for Summary

17    Judgment (#24) filed on November 16, 2011, and denying Plaintiff's Motion to Strike Defendants'

18    Reply in Support of Motion for Summary Judgment (#69) filed on July 11, 2012. Plaintiff filed his

19    Objections to Magistrate Judge's Report and Recommendation (#72) on August 10, 2012.  Defendants

20    have not filed a response.  This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. §

21    636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the

22    District of Nevada.

23          The Court has conducted its *de novo* review in this case, has fully considered the objections of

24    the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant

25

26          [1]Refers to court's docket number.

to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#71) entered on July 17, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#71) entered on July 17, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#24) is GRANTED and Plaintiff's Motion to Strike Defendants' Reply in Support of Motion for Summary Judgment (#69) is DENIED.

IT IS SO ORDERED.

DATED this 7th day of September, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE